IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

    Plaintiff,

v.                                                        CV No. 20-601 GJF/CG

ALBERT SENA, et al.,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiff's *Stipulated Motion to Withdraw from Representation* (the "Motion"), (Doc. 7), filed September 24, 2020. In the Motion, Plaintiff's counsel requests to withdraw as counsel in this matter pursuant to Local Rule 83.8. (Doc. 7 at 1). The Court, having reviewed the Motion and noting it is stipulated, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Ross R. Bettis and the Law Office of Ross Bettis are withdrawn as counsel for Plaintiff.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE