IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

    Plaintiff,

v.                                          CV No. 20-601 GJF/CG

ALBERT SENA, et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Defendant John Doe 1 and Defendant Officer Santino's *Special Entry of Appearance and Motion to Quash Summons* (the "Motion"), (Doc. 18), filed October 13, 2020. Plaintiff may file a response to the Motion no later than **Wednesday, October 21, 2020**. Defendant John Doe 1 and Defendant Officer Santino may file a reply in support of their Motion no later than **Monday, October 26, 2020**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE