IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

    Plaintiff,

v.                                                                                                       CV No. 20-601 GJF/CG

ALBERT SENA, et al.,

    Defendants.

## **ORDER RESETTING RULE 16 SCHEDULING CONFERENCE**

**IT IS HEREBY ORDERED** that the previously scheduled Rule 16 Scheduling Conference set for **Monday, May 3, 2021, at 2:30 p.m.,** is **RESET** for **Wednesday, May 26, 2021, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE