# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

    Plaintiff,

v.                                                                             CV No. 20-601 GJF/CG

ALBERT SENA, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Counsel for Defendants Curry County Detention Center Officer John Doe 1, and Officer FNU Santino failed to attend the Rule 16 Scheduling Conference on Monday, May 3, 2021.[1] Upon communication with counsel, the Court was informed that Plaintiff intended to dismiss these Defendants but, to date, these Defendants remain parties in this matter.

**IT IS THEREFORE ORDERED** that Defendants Curry County Detention Center Officer John Doe 1, and Officer FNU Santino shall show cause why they failed to attend the scheduled telephonic status conference by no later than **Friday, May 21, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has since rescheduled the Rule 16 Scheduling Conference for **May 26, 2021, at 2:30 p.m.** (Doc. 47).