### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

      Plaintiff,

v.                                                                         No. CV 20-601 KWR/CG

ALBERT SENA, et al.,

      Defendants.

### ORDER MODIFYING DISCOVERY DEADLINES

**THIS MATTER** is before the Court upon the parties' *Joint Motion to Extend Case Management Deadlines* (the "Motion"), (Doc. 64), filed September 1, 2021. In the Motion, the parties explain that "the depositions of Defendants Albert Sena and Rafael Aguilar" have been set for later this month "due to scheduling conflicts," and that "it is imperative that the parties . . . review these deposition transcripts before submitting any motions for summary judgment." *Id.* at 1-2. As such, the parties request a twenty-one-day extension of the discovery deadline and fourteen-day extension of the deadlines for discovery motions and pretrial motions, respectively. *Id.* at 2. The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 53), shall be modified as follows:

1. Discovery shall close on **October 14, 2021**;

2. Motions relating to discovery shall be filed with the Court and served on the opposing party by **October 27, 2021**;

3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **November 8, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 53), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE