IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

    Plaintiff,

v.                                                                               No. CV 20-601 KWR/CG

ALBERT SENA, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Plaintiff's counsel, Freeman Faust of the Faust Law Firm, failed to attend the Telephonic Status Conference on Wednesday, October 13, 2021.

**IT IS THEREFORE ORDERED** that Mr. Faust shall show cause why he failed to attend the scheduled telephonic status conference by no later than **Friday, October 15, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE