IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

    Plaintiff,

v.                                                                             CV No. 20-601 KWR/CG

ALBERT SENA, et al.,

    Defendants.

## ORDER QUASHING SHOW CAUSE ORDER

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 70), filed October 13, 2021, and counsel for Plaintiff's *Response to Order to Show Cause*, (Doc. 71), filed May 21, 2021. The Court ordered Plaintiff's counsel to show cause why he failed to attend the scheduled telephonic Status Conference on October 13, 2021. (Doc. 70). In response, Plaintiff's counsel explains that, despite calendaring the hearing, he failed "to notice [it] until after it had occurred." (Doc. 71 at 1). Counsel further explains that, due to a number of unexpected personal and professional issues recently, he is simultaneously seeking to withdraw from this matter. *Id.* at 1-2. The Court finds counsel for Plaintiff's response to be satisfactory.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 70), is **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE