IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

    Plaintiff,

v.                                                                                      CV No. 20-601 KWR/CG

ALBERT SENA, et al.,

    Defendants.

### ORDER VACATING SCHEDULE AND FOR A STATUS REPORT

**THIS MATTER** is before the Court upon the withdrawal of counsel for Plaintiff Victor Garcia. *See* (Doc. 75). Mr. Garcia, who is now proceeding *pro se* in this matter, is currently incarcerated. As such, the Court finds good cause to vacate the *Scheduling Order*, (Doc. 53). Further, given Mr. Garcia's continuing attempts to retain new counsel, *see* (Doc. 74 at 1), the Court will order Mr. Garcia to update the Court in writing regarding his efforts to retain counsel by no later than **December 21, 2021**. If Mr. Garcia is unable to retain counsel within this period of time, the Court will thereafter order discovery to continue by way of a *Martinez* Report provided by Defendants.[1]

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 53), is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff Victor Garcia shall update the Court in writing regarding his efforts to retain counsel by no later than **December 21, 2021**.

---

[1] Courts may order officials to investigate incidents underlying a prisoner's lawsuit and then to compile and file a report. *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Robles v. Schultz*, 8-cv-438 JB/KBM, (Doc. 25) (ordering a *Martinez* Report for incidents occurring at the time of the prisoner's arrest rather than incidents occurring inside the prison). The purpose of the *Martinez* Report is to ascertain whether there are any factual or legal bases for the prisoner's claims. *Gee v. Estes*, 829 F.2d 1005, 1007 (10th Cir. 1987).

**IT IS FINALLY ORDERED** that the Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff Victor Garcia.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE