**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

VICTOR GARCIA,

     Plaintiff,

vs.                                                                  Case No. 20-cv-601 DHU/KRS

ALBERT SENA, et al.,

     Defendants.

**ORDER TO NOTIFY COURT OF CURRENT ADDRESS**

THIS MATTER is before the Court upon review of the record.   On October 20, 2021,

Plaintiff's counsel withdrew and the Court allowed Plaintiff to proceed pro se.   *See* (Docs. 74

and 75).   Plaintiff's former counsel provided Plaintiff's address and phone number, which was

added to the Court's docket:

> Victor Garcia
> Inmate # 29365
> 4311 State Highway 14
> Santa Fe, NM 87508
> 505-827-8201

(Doc. 74) at 2.   On April 21, 2022, Plaintiff filed a letter with the Court stating he had not yet

found counsel to represent him.   (Doc. 78).   In this letter, Plaintiff indicates he is at a different

facility and has a different inmate number:

> Victor Garcia
> Inmate #53714
> SNMCF P.O.U.
> P.O. Box 2005
> Las Cruces, NM 88004

(Doc. 78) at 2.

Plaintiff has a continuing duty to notify the Court, in writing, of any changes to his

mailing addresses.   The Court will direct the Clerk to send a copy of this Order to both

addresses Plaintiff has provided, and Plaintiff is ordered to notify the Court of his current address by August 31, 2022 if he wishes to continue to prosecute this action.   *See* D.N.M.LR-Civ. 83.6 (pro se parties have a continuing duty to notify the Court of their current address); *Brandenburg v. Beaman*, 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. … The same is true of simple, nonburdensome local rules.") (citations omitted).

IT IS THEREFORE ORDERED that **no later than August 31, 2022**, Plaintiff shall file a notice with the Court clarifying his correct mailing address.   The Court will direct the Clerk's Office to mail this Order, the Order for *Martinez* Report, (Doc. 79), and the Order extending the parties' deadlines for the *Martinez* Report, (Doc. 82), to both addresses Plaintiff has provided:

Victor Garcia
Inmate # 29365
4311 State Highway 14
Santa Fe, NM 87508

Victor Garcia
Inmate #53714
SNMCF P.O.U.
P.O. Box 2005
Las Cruces, NM 88004

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE