IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTOR GARCIA,

      Plaintiff,

v.

                                        No. 20-CV-601-DHU-KRS

ALBERT SENA, *et al.*,

      Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Vacate Order for *Martinez* Report filed September 8, 2022. The Court, having reviewed the Motion, the record, and the relevant law, having noted that the Motion is unopposed, and being otherwise fully advised, FINDS that the Motion is well-taken and it is hereby GRANTED.  The Court will set a scheduling conference by separate order.

IT IS THEREFORE ORDERED that the Order for *Martinez* Report is vacated. Doc. 79.

IT IS FURTHER ORDERED that any deadlines associated with the Order for *Martinez* Report are vacated. Doc. 79 and Doc. 82.

IT IS FINALLY ORDERED that Defendants' *Martinez* Report is stricken from the record. Doc. 84.

**IT IS SO ORDERED.**

                                                                       _____
                                                                       KEVIN R. SWAZEA
                                                                       UNITED STATES MAGISTRATE JUDGE

Approved by:

*/s/ Ramón A. Soto*

Ramón A. Soto
**The Soto Law Office, LLC**
300 Central Ave. SW
Suite 2500W
T: (505) 273-4620
F: (505) 494-1092
ramon@sotolawoffice.co

Approved as to form by:

*/s/ Vanessa E. Garcia*

Vanessa Garcia
*Attorneys for Defendants Douglas Ford,
Brice Stacey, Albert Sena, Rafael Aguilar,
Darren McPherson and Jacob Bonner*
8801 Horizon Blvd., Suite 300
Albuquerque, NM 87113
Phone: 505-828-3600
Fax: 505-828-3900
vanessa.garcia@lewisbrisbois.com